IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN HOLMQUIST,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TYSON FRESH MEATS, INC.,<br><br>　　　　　　Defendant. | **7:18CV5003**<br><br>**ORDER** |

　　This matter comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 86) of this case. The Court being advised in the premises finds that such an Order is proper.

　　IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

　　Dated this 14th day of October, 2020.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge